FILED
03 DEC 19 PM 4:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| LEVEL 3 COMMUNICATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: CV02-P-2055-NE |
| ) | |
| CITY OF HUNTSVILLE, ALABAMA, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to rule 56 of the Federal Rules of Civil Procedure, defendant City of Huntsville, Alabama (the "COH"), hereby moves the Court to grant summary judgment in its favor and dismiss with prejudice all of the claims asserted against it in the complaint, as amended, filed by plaintiff Level 3 Communications, LLC. In support of this motion, the COH relies upon each of the following items: all pleadings of record in this case; this motion for summary judgment; the supporting statement of facts, brief, and evidentiary materials submitted contemporaneously herewith in accordance with exhibit A of the Court's order; and all applicable procedural and substantive laws. As grounds for this motion, the COH states that there is no genuine issue as to any material fact and that it is entitled to a judgment as a matter of law as to all of plaintiff's claims.

**WHEREFORE, PREMISES CONSIDERED,** the COH respectfully requests the Court to enter an order granting summary judgment in its favor and dismissing with prejudice all of the claims asserted against it in plaintiffs' complaint, as amended, with costs taxed against plaintiff.



_Michael L. Fees (by permission-CGB)_
Michael L. Fees
Alabama State Bar Number: ASB-4924-F51M


_C. Gregory Burgess_
C. Gregory Burgess
Alabama State Bar Number: ASB-1819-R79C

**Attorneys for Defendant City of Huntsville, Alabama**


OF COUNSEL:

FEES & BURGESS, P.C.
213 Green Street
Huntsville, Alabama 35801
Telephone Number: (256) 536-0095
Facsimile Number: (256) 536-4440

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following via Federal Express or by depositing a copy in the United States Mail, first class, postage prepaid, addressed to them this the 19th day of December, 2003.

J. MARK WHITE
**WHITE, ARNOLD, ANDREWS & DOWD P.C.**
2025 3rd Avenue North, Suite 600
Birmingham, Alabama  35203

AUGUSTA S. DOWD
**WHITE, ARNOLD, ANDREWS & DOWD P.C.**
2025 3rd Avenue North, Suite 600
Birmingham, Alabama  35203

KRISTY J. HALL
**COLE, RAYWID & BRAVERMAN, L.L.P.**
191 Pennsylvania Avenue NW
Suite 200
Washington, District of Columbia  20006

T. SCOTT THOMPSON
**COLE, RAYWID & BRAVERMAN, L.L.P.**
1919 Pennsylvania Avenue NW
Suite 200
Washington, District of Columbia  20006

_____
C. Gregory Burgess

3